UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PRESTON LEWIS,

    Plaintiff,

v.                                            Case No. 3:24cv432-MCR-HTC

BARRONS PROPERTY
MANAGERS INC.,

    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation dated October 8, 2024 (ECF No. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITH PREJUDICE as it is barred by *res judicata* and is frivolous under 28 U.S.C. § 1915(e)(2)(B).

3. Plaintiff's "Motion to Strike from the Record All Orders Made on Behalf of Magistrate Judge Hope Thai Cannon" (ECF No. 8) is **DENIED**.

4. The clerk shall close the file.

**DONE AND ORDERED** this 3rd day of February 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**